UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JAZMINE DEDRICK, | No. C 13-00193 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| v. | |
| CVS CAREMARK INC, | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on April 18, 2013. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the April 18 conference and ORDERS Plaintiff Jazmine Dedrick to file a status report by April 30, 2013.

**IT IS SO ORDERED.**

Dated: April 16, 2013

_____
Maria-Elena James
United States Magistrate Judge

Case 3:13-cv-00193-TEH   Document 3   Filed 04/16/13   Page 2 of 2