```
Daniel B. Beck (SBN 63865)
Beck Law, PC
2681 Cleveland Ave
Santa Rosa, CA 95403
Tel: 707-576-7175
Fax: 707-576-1878
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE ("Ochai") DEDRICK,<br><br>  Plaintiff,<br><br>  v.<br><br>CVS CAREMARK, INC, a Delaware Corporation, and DOES 1 – 25,<br><br>  Defendants. | Case No.: C 13-00193 TEH<br><br>**REQUEST FOR DISMISSAL PURSUANT TO STIPULATION BETWEEN THE PARTIES and ~~Proposed~~ ORDER GRANTING REQUEST FOR DISMISSAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that Plaintiff, JAZMINE ("Ochai") DEDRICK, requests that pursuant to joint stipulation and settlement between the parties, Defendant, CVS CAREMARK, INC., a Delaware Corporation, be dismissed with prejudice from the instant action.

　　　　　　　　　　　　　　　BECK LAW, P.C.


Dated: July 26, 2013　　　　　/s/ Daniel B. Beck, Esq._____
　　　　　　　　　　　　　　Daniel B. Beck, Esq.
　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: July 26, 2013　　　　　 /s/ Kent J. Sprinkle_____
　　　　　　　　　　　　　　Kent J. Sprinkle, Esq.
　　　　　　　　　　　　　　Attorney for Defendant

ORDER GRANTING REQUEST FOR DISMISSAL:

The above Request for Dismissal Pursuant to Stipulation Between the Parties and the proposed Order Granting Request For Dismissal is approved and granted pursuant to the stipulated request of the parties.  The case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: July __30__, 2013



_____
The Honorable Thelton E. Henderson
U.S. District Judge